# United States District Court
Western District of Pennsylvania

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>**Plaintiff**<br><br>v.<br><br>CYNTHIA L. MARSHALL<br>1308 Parkview Dr Clearfield, PA, 16830<br>**Defendants** | **SUMMONS IN A CIVIL ACTION**<br><br>CIVIL NO. 3:10-cv-39 |

TO:  **CYNTHIA L. MARSHALL**
1308 Parkview Dr
Clearfield, PA 16830

You are HEREBY SUMMONED and required to file with Clerk of this Court and serve upon Plaintiff's Attorney

Michael T. McKeever, Esquire
Goldbeck McCafferty & McKeever
Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
(215) 825- 6303

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk f this Court within a reasonable period of time after service.

_____     ___2/5/10___
CLERK                                                                DATE

_____
BY DEPUTY CLERK

AO 440 (Rev. 1/90) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me* | DATE |
| NAME OF SERVER (PRINT) | TITLE |
| Check one box below to indicate appropriate method of service | |

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendants dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. _____

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
            Date                                    Signature of Server

                                                    _____
                                                    Address of Server

* As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.